UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FROST,<br><br>        Plaintiff,<br><br>    v.<br><br>J. WATSON, et al.,<br><br>        Defendants. | No. 2:18-cv-03002-TLN-CKD<br><br>**ORDER** |

Plaintiff Michael Frost ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 6, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 31.) Neither party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

///

1

  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

  Accordingly, IT IS HEREBY ORDERED that:

  1. The Findings and Recommendations filed January 6, 2021 (ECF No. 31), are ADOPTED IN FULL;

  2. Defendants' motion for summary judgment (ECF No. 27) is GRANTED;

  3. Plaintiff's remaining claims are DISMISSED without prejudice for failure to exhaust available administrative remedies prior to bringing this action; and

  4. The Clerk of the Court is directed to close the case.

  IT IS SO ORDERED.

Dated: February 15, 2021

_____
Troy L. Nunley
United States District Judge